ORIGINAL

SEALED
BY ORDER OF THE COURT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 20 2023

at \_\_\_ o'clock and \_\_\_ min. \_\_\_ M
CLERK, U.S. District Court

CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

MICHAEL F. ALBANESE #9421
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
michael.albanese@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR23-00054 DKW |
| Plaintiff, | INDICTMENT |
| vs. | [21 U.S.C. §§ 841(a)(1) and 846] |
| KAIPO KEOLA MCGUIRE, | |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

Count 1
Attempted Possession with Intent to Distribute Methamphetamine
(21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846)

On or about August 9, 2022, within the District of Hawaii, KAIPO KEOLA MCGUIRE, the defendant, did knowingly and intentionally attempt to possess, with intent to distribute, fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

Count 2
Distribution of Methamphetamine
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A))

On or about November 1, 2022, within the District of Hawaii, KAIPO KEOLA MCGUIRE, the defendant, did knowingly and intentionally distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

Special Allegation

Before KAIPO KEOLA MCGUIRE, the defendant, committed the offenses charged in Counts 1 and 2, the defendant had a final conviction for a serious violent felony, namely, a conviction in the Circuit Court for the First Circuit, State

of Hawaii for Robbery in the Second Degree, in violation of Hawaii Revised Statute § 708-841(1)(a)(ii). The defendant was sentenced to a term of imprisonment of ten years on or about January 23, 2004, and served a sentence of more than 12 months of imprisonment.

## FORFEITURE NOTICE (Drugs)

1. The allegations set forth in Counts 1 and 2 of this Indictment are hereby re-alleged and incorporated by reference as though set forth in full herein for the purpose of noticing forfeiture pursuant to Title 21, United States Code, Section 853.

2. The United States hereby gives notice that, pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841(a)(1), 841(b)(1)(A) and/or 846, KAIPO KEOLA MCGUIRE, the defendant, shall forfeit to the United States of America any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses, including but not limited to the sum of $4,500 U.S. currency.

3. If any of the property described in paragraph 2 above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

//

//

//

//

//

//

//

//

//

//

//

//

//

the United States of America shall be entitled to forfeiture of substitute property up to the value of the property described above in paragraph 2, pursuant to Title 21, United States Code, Section 853(p).

DATED:    July 20   , 2023, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson

FOREPERSON, GRAND JURY

CLARE E. CONNORS
United States Attorney
District of Hawaii

MICHAEL F. ALBANESE
Assistant U.S. Attorney

United States v. Kaipo Keola McGuire
Indictment
Cr. No.   CR23-00054 DKW

5